PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WEI ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIELLE LEHMAN[1], Director, San Francisco Asylum Office,<br><br>    Defendant. | C 4:25-cv-00071-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file her response on or before March 25, 2025. The parties make this request because Defendant needs a brief period of additional time to prepare her response.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or May 12, 2025. In view of the agreed-upon extension for Defendant's response to the complaint, the

---

[1] Danielle Lehman is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Extend
C 4:25-cv-00071-JST                                                           1

parties request that Defendant must file her motion for summary judgment by May 26, 2025.

Dated: March 11, 2025                                Respectfully submitted[2],

                                                PATRICK D. ROBBINS
                                                Acting United States Attorney

                                                */s/ Elizabeth D. Kurlan*
                                                ELIZABETH D. KURLAN
                                                Assistant United States Attorney
                                                Attorneys for Defendant

Dated: March 11, 2025

                                                */s/ Wei Zhang*
                                                WEI ZHANG
                                                Pro Se Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 12, 2025

                                                HON. JON S. TIGAR
                                                United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.